IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
v. ) Case No. CR419-125
)
MAURICE SPEAKS, )
)
      Defendant. )

ORDER

Brian Joseph Huffman, Jr. counsel of record for defendant Maurice Speaks in the above-styled case has moved for leave of absence and for stand-in counsel. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent the case from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

Defendant's request for stand-in counsel for the Change of Plea hearing that was set for October 21, 2019 is **DISMISSED AS MOOT**. The Change of Plea hearing has been reset for

October 15, 2019 @ 11:00 a.m.

**SO ORDERED** this 15th day of October 2019.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA